MICHAEL J. HEYMAN
United States Attorney

SETH BRICKEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: seth.brickey-smith@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FRANCISCO RODRIGUEZ-RINCON,<br><br>　　　　　Defendant. | No. 3:25-cr-00025-SLG-MMS<br><br>COUNT 1:<br>REENTRY AFTER DEPORTATION<br>　Vio. of 8 U.S.C. § 1326(a)(2)<br><br>COUNT 2:<br>FALSE STATEMENT OF CITIZENSHIP<br>　Vio. of 18 U.S.C. § 1015(e) |

**INDICTMENT**

　　The Grand Jury charges that:

COUNT 1

　　On or about February 12, 2025, within the District of Alaska, the defendant FRANCISCO RODRIGUEZ-RINCON, an alien, was found in the United States after having been removed, excluded, and deported therefrom on or about December 9, 1995, at or near Calexico, California, and not having obtained the express consent of the Attorney General of the United States or their successor, the Secretary for Homeland Security, to

reapply for admission into the United States.

All of which is in violation of 8 U.S.C. § 1326(a)(2).

## COUNT 2

On or about January 17, 2023, within the District of Alaska, the defendant FRANCISCO RODRIGUEZ-RINCON, an alien in the United States, made a false statement and claim that he was a citizen and national of the United States, with the intent to obtain on behalf of himself, and any other person, any Federal and State benefit and service, and to engage unlawfully in employment in the United States.

All of which is in violation of 18 U.S.C. § 1015(e).

A TRUE BILL.

s/ Grand Jury Foreperson  
GRAND JURY FOREPERSON

s/ Thomas C. Bradley for  
SETH BRICKEY  
Assistant U.S. Attorney  
United States of America

s/ Michael J. Heyman  
MICHAEL J. HEYMAN  
United States Attorney  
United States of America

DATE: March 19, 2025