Samuel L. Eilers
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Ste. 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: samuel_eilers@fd.org

Counsel for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO RODRIGUEZ-RINCON,<br><br>Defendant. | Case No. 3:25-cr-00025-SLG-MMS<br><br>**MOTION TO CONTINUE ARRAIGNMENT ON INDICTMENT / DETENTION HEARING (UNOPPOSED)** |

Defendant Francisco Rodriguez-Rincon, through counsel, Samuel L. Eilers, Assistant Federal Defender, moves to continue the Arraignment on Indictment / Detention Hearing currently scheduled for April 21, 2025, at 11:15am in Anchorage Courtroom 3 before Chief Magistrate Judge Matthew M. Scoble. This hearing was originally set for April 15, 2025, but was reset by the Court *sua sponte* due to scheduling conflicts. *See* Docs. 4-5. However, undersigned counsel will be outside the District of Alaska on April 21, 2025, and therefore respectfully requests that the Arraignment on Indictment / Detention Hearing be reset for Monday, April 28, 2025, or as soon thereafter as is convenient for the Court.

The government is unopposed to this Motion.

/ / /

DATED at Anchorage, Alaska, this 15th day of April, 2025.

    Respectfully submitted,

    FEDERAL PUBLIC DEFENDER
    DISTRICT OF ALASKA

    */s/ Samuel L. Eilers*
    Assistant Federal Defender
    Counsel for Mr. Rodriguez-Rincon

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on April 15, 2025. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Samuel L. Eilers*