IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00025-SLG-MMS |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT ON INDICTMENT / DETENTION HEARING** |
| FRANCISCO RODRIGUEZ-RINCON, | |
| Defendant. | |

After due consideration of Defendant's Unopposed Motion to Continue Arraignment on Indictment / Detention Hearing filed at Docket 6, and good cause appearing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Arraignment on Indictment / Detention Hearing scheduled for April 21, 2025, is VACATED and RESET for April ___, 2025, at _____ am/pm in Anchorage Courtroom 3 before Chief Magistrate Judge Matthew M. Scoble.

DATED this _____ day of April, 2025, in Anchorage, Alaska.

_____
Matthew M. Scoble, Chief Magistrate Judge
UNITED STATES DISTRICT COURT