# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>FRANCISCO RODRIGUEZ-RINCON,<br><br>        Defendant. | Case No. 3:25-cr-00025-SLG-MMS |

## ORDER RE MOTION FOR EXPEDITED CONSIDERATION OF DOCKETS 14 AND 15

Before the Court at Docket 16 is Defendant's Motion for Expedited Consideration of Dockets 14 and 15. Upon due consideration, the motion is DENIED as moot with respect to the motion at Docket 15. Good cause being shown, IT IS ORDERED that the motion to expedite is GRANTED as to the motion at Docket 14. Plaintiff shall file its response to the Motion for Immediate Release from Custody or Dismissal of Indictment by Monday, June 9, 2025. But the Court observes that Defendant's filings indicate he was arrested by HSI on May 21, 2025--two weeks ago. Therefore, Plaintiff may have good cause to seek to continue the June 10 hearing and seek an extension of time for its response to the Motion for Immediate Release.

DATED this 4th day of June, 2025, at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE