UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:25-cr-00025-SLG-MMS |
| FRANCISCO RODRIGUEZ-RINCON, | ) |
| Defendant. | ) |

## JUDGMENT OF DISCHARGE
### FED.R.CRIM.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ The court has granted the motion of the government for dismissal without prejudice;
☐ The court has granted the motion of the defendant for a Judgment of Acquittal;
☐ A jury has been waived, and the court has found the defendant NOT GUILTY;
☐ The jury has returned its verdict, finding the defendant NOT GUILTY;
☐ (Other reason, or reasons, if any);

of the offenses of Reentry After Deportation, Violation of 8 U.S.C. § 1326(a)(2) and False Statement of Citizenship, Violation of 18 U.S.C. § 1015(e) as charged in Counts 1 and 2 of the Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

DATED this 18th day of June, 2025.

*/s/ SHARON L. GLEASON*
UNITED STATES DISTRICT JUDGE